**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CARPATHIAN RESOURCES LIMITED,**

    **Plaintiff,**

v.     Case No. 8:12-cv-702-T-30MAP

**DAER HOLDINGS, LLC and
PUMA FOUNDATION LTD.,**

    **Defendants.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant DAER Holdings, LLC's motion for reconsideration (Dkt. 9). The Court, having considered the motion, and being otherwise advised of the premises, concludes that the motion should be denied.

On June 12, 2012, the Court denied DAER's motion to dismiss (Dkt. 8). Now, DAER moves the Court to reconsider its ruling because it argues that Plaintiff misrepresented "every material fact to the Court." As support for its motion, DAER attaches a declaration, which it contends demonstrates that Plaintiff "misrepresented every material fact that this Court relied on for its order denying DAER's motion to dismiss."

DAER's motion is inappropriate and completely ignores the standard of review on a motion to dismiss. To be clear, the Court cannot consider disputed facts at this stage; it is bound to accept as true the well-pled allegations. If DAER disagrees with the factual

allegations of the complaint, it can file a motion for summary judgment at the appropriate time.

It is therefore ORDERED AND ADJUDGED that:

1.	Defendant DAER Holdings, LLC's motion for reconsideration (Dkt. 9) is DENIED.

2.	DAER shall file an answer to the complaint within seven (7) days of this Order.

**DONE** and **ORDERED** in Tampa, Florida on June 27, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2012\12-cv-702.mtreconsider9.wpd