**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CARPATHIAN RESOURCES LIMITED,

   Plaintiff,

v.                                     Case No: 8:12-cv-702-T-30MAP

DAER HOLDINGS LLC and
PUMA FOUNDATION LTD.,

   Defendants.

_____

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Response to Order to Show Cause (Dkt. #43). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice pursuant to Plaintiff's request contained within the Response to Order to Show Cause.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of December, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2012\12-cv-702 dismissal.docx